FILED
2011 Jun-06 PM 08:55
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit "E"

# Letter of September 24, 2008



John Mark Tirey
Sheriff

**Walker County**
**Office of Sheriff**
Telephone 205/302-6464

2001 2nd Avenue
Jasper, AL 35501

September 24

Walker County Commission
Post Office Box 1447
Jasper, Alabama 35502

Dear Commissioners,

This letter is to inform you that I have selected to hire George Chapman, Jr. to the position of full time jailer from the top three Jailer Eligible Register. Mr. Chapman's effective hire date is September 24, 2008 on the evening shift. This vacancy was created due to the in-service promotion of Mark Pendley to jail sergeant.

Thank you in advance for your cooperation in this matter.

Sincerely,

*John M. Tirey*

John Mark Tirey,
Sheriff