FILED
2011 Jun-06 PM 08:55
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit "F"

# Notice outside M-Dorm

There are to be two officers present at all times when opening cell doors in m-dorm, no exceptions!

per 104