FILED
2011 Jun-06 PM 08:55
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit "G"

# Walker County Sheriff's Department Policy and Procedure, Section 7, Title 7.12

# Transportation of Inmates

# WALKER COUNTY
# SHERIFF'S DEPARTMENT

| | |
|---|---|
| SECURITY | SECTION 7 |
| <u>Transportation of Inmates</u> | Title 7.12 |

## *Policy*

It is the policy of the Walker County Sheriff's Department that inmates at the Walker County Jail be transported in a safe and secure manner in order to prevent injury to the inmate, Sheriff's Department staff, or the public.

## *Procedure*

1. Before an inmate leaves the Jail for court, medical care, or any other reason, handcuffs and leg irons will be placed on the inmate.

2. Handcuffs, leg irons, and if necessary, belly chains will be placed on any inmate who is to be transported from the facility by members of the Walker County Sheriff's Department.

3. Inmate Workers may, at the discretion of the Shift Supervisor, be excluded from the above in order to accomplish their assigned tasks.

4. Inmates who are taken to a hospital may have certain restraints removed if the health care professional deems it necessary for treatment.

5. Escorting officers should not allow contact or conversation between inmates and any other person other than those necessary to accomplish the purpose behind the inmate's leaving the Jail.

By Order of:

*[signature: John Mark Tirey]*
John Mark Tirey, Sheriff

Effective Date: 10-26-98