# Exhibit "I"

# Letter from Trent McCluskey to Sheriff Tirey dated October 9, 2008

October 9, 2008

Sheriff John Mark Tirey
2001 2nd Ave.
Jasper, AL 35501

Sheriff Tirey,

This morning at approximately 7:20 a.m., I was visiting inmate George Larry Files in room #2235 at Walker Baptist Medical Center. As I left the room to return to the County Jail a nurse approached me and asked if we could speak for a moment. It was apparent that this nurse was a "CHARGE NURSE" and a supervisor of the unit. This nurse explained that there was tremendous concern regarding officer misconduct in room #2235. She further explained that "Shelley" had reported to her that night before last "a large black officer" "shoved Mr. Files back in the bed after Mr. Files changed the channels on the T.V." Shelley further explained that she later asked Mr. Files what had occurred. Mr. Files told Shelley that the officer wanted to watch B.E.T. Mr. Files was very passive and offered no resistance to the officer.

I am requesting that an investigator be allowed to look into this matter.

*Jaylor Bridges*

Sincerely,

*Trent McCluskey*

Trent McCluskey
Jail Administrator