FILED
2011 Jun-06 PM 08:55
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit "J"

# Walker County Jail Policy and Procedure regarding Batons



**Walker County**

John Mark Tirey
Sheriff

## Office of Sheriff
Telephone 205/384-3471

1802 2nd Avenue
Jasper, AL 35501

### Batons - Defensive Impact Weapon: Non-Deadly Use of Force
Date Effective: 11/17/97

Purpose: To establish a policy and procedure for the training, carrying and use of batons.

I. Definitions:

  A. Batons

  There are two types of batons approved for carry by the Walker County Sheriff's Department. The straight baton and the collapsible baton. The straight baton carried on patrol or in the jail must be made of wood or other non-metallic substance and must not exceed 36" in length.

  The collapsible baton must be made of metal, polycarbonate plastic or aluminum and must not exceed 36" in length. The shaft may be black or chrome. The grip may be textured, knurled or foam. Acceptable brands are ASP, CASCO, MONADNOCK and GALLS.

II. Training and Carrying of the Baton

  A. Training
  1. Personnel must receive an eight hour block of instruction from a certified baton instructor before carrying a baton while on or off duty.
  2. It is recommended by the Sheriff that personnel periodically practice the techniques they were taught during their certification. Example: Striking techniques on an ASP bag or heavy bag, take down techniques and holds on a complying fellow officer.

  B. Carrying the Baton
  1. Uniform carry will be on the duty belt in a holder specifically designed for the baton carried.
  2. Plain clothes and off duty officers may carry the baton on the belt or in the pocket.
  3. It is the officers discretion whether he/she desires to carry the baton at all.



**Walker County**

John Mark Tirey
Sheriff

**Office of Sheriff**
Telephone 205/384-3471

1802 2nd Avenue
Jasper, AL 35501

III. Use of the Baton

The baton may be used by an officer to subdue a violently resisting subject or in self-defense or in in the defense of a third party:

1. When striking with the baton, officers should attempt to avoid striking the following areas:
   a. Head
   b. Throat
   c. Spinal Column
   d. Lower Intestines (Belt Buckle to Groin)

2. Deliberate strikes to the above areas may be considered the use of deadly force. Deliberate strikes to these areas should be limited to situations in which the use of deadly force is authorized or necessary as stated in the Firearms Policy under Use of Deadly Force.

3. Blows delivered with the baton should be short and snappy.

4. The target striking areas should be the outer arms and the outer legs.

IV. After Use Procedure

A. If a subject sustains injuries caused by the baton the officer should render first aid and contact the appropriate medical personnel.

1. Notify Sheriff and or Chief Deputy.
2. Take color photos if possible.
3. Complete a "Baton Use of Force" form and forward to the Sheriff, Chief Deputy and the department's Baton Instructor.

_____
John Mark Tirey, Sheriff

11-17-97
Date