FILED
2011 Jun-06 PM 09:01
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| GEORGE R. CHAPMAN, JR. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO.: |
| ) | 6:09-cv-1748-SLB |
| ) | |
| WALKER COUNTY, ALABAMA, ) | |
| et al. ) | |
| ) | |
| Defendants. ) | |

## DEFENDANTS' EVIDENTIARY SUBMISSIONS IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT

COME NOW the Defendants, Walker County, Alabama, Sheriff John Mark Tirey and Trenton McCluskey, in the above-styled cause, and submit the following Evidentiary Materials in support of their contemporaneously filed Motion for Summary Judgment:

- A     Deposition of the Plaintiff, George R. Chapman, Jr.
- B     Deposition of Sheriff John Mark Tirey
- C     Deposition of Trenton McCluskey
- D     Deposition of Rachel Harper
- E     Letter of September 24, 2008 hiring the Plaintiff as a full-time jailer
- F     Notice outside M-Dorm

| | |
|---|---|
| G | Walker County Jail Policy and Procedure, Section 7, Title 7.12, Transportation of Inmates |
| H | Walker County Jail Policy and Procedure, Section 7, Title 7.09, Use of Force and Restraints |
| I | Letter from Trent McCluskey to Sheriff Tirey dated October 9, 2008 |
| J | Walker County Jail Policy and Procedure regarding Batons |
| K | Correspondence from Sergeant Rachel Harper to Trent McCluskey dated November 4, 2008 |
| L | Correspondence from Trent McCluskey to Sheriff Tirey dated November 3, 2008 |
| M | Statement of Sergeant Rachel Harper |
| N | Statement of Officer Killingsworth |
| O | Statement of Officer Tiffany Clifton |
| P | Statement of Officer Mary Phillips |
| Q | Statement of Inmate Jerald Kennedy |
| R | Statement of Inmate Donald May |
| S | Statement of Inmate Vester Stiles |
| T | Statement of Inmate George Bryant |
| U | Statement of Inmate Ralph Woods |

V      Statement of Inmate Steven Garner

W     Statement of Inmate James Lawson

X      Statement of Inmate Ronald Grant

Y      Letter from Sheriff Tirey to the Plaintiff dated November 7, 2008 terminating the Plaintiff

Respectfully submitted this the 6th day of June 2011.

/s/Kristi A. Dowdy
Kristi A. Dowdy (DOW016)
Attorney for Defendants
Law Offices of Kristi A. Dowdy, P.C.
300 N. Richard Arrington Jr. Blvd.
Suite 200
Birmingham, Alabama 35203
(205) 252-1146 – Telephone
(205) 252- 4907 – Facsimile
kristidowdylaw@att.net– email

## CERTIFICATE OF SERVICE

I hereby certify that on this the 6th day of June, 2011, I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will provide notice to the following CM/ECF participants: **John D. Saxon, Esq.**

/s/Kristi A. Dowdy
OF COUNSEL