FILED
2011 Jun-06 PM 09:01
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit "L"

# Correspondence from Trent McCluskey to Sheriff Tirey dated November 3, 2008

November 3, 2008

Sheriff John Mark Tirey
2001 2nd Ave.
Jasper, Alabama 35501

Sheriff Tirey,

George Champman, Jr. became a full-time employee at the Walker County Jail on September 24th, 2008. During his brief employment history, which includes a period of part-time employment, Mr. Chapman has been involved with at least three serious incidents at the Walker County Jail.

On June 25th, 2008, Investigator Ralph Williams conducted an investigation into allegations against George Chapman by inmates George Bryant and Dometrius Buckley. This investigation cleared Chapman of any wrong doings in this alleged incident.

On October 9th, 2008, Investigator Dayron Bridges conducted an investigation into allegations made by Walker Baptist Medical Center Nursing Staff of excessive force with inmate George Files by George Chapman.

On November 2nd, 2008, Darrel Mote conducted an investigation into the use of "Excessive Force" by George Chapman against inmate Joseph Decatur.

I am requesting that you review the incidents involving George Chapman. As the Administrator of the Walker County Jail, I have found the employment of George Chapman, Jr. unsatisfactory. Given this pattern of activities it is with deep regret that I must recommend the termination of employment of George Chapman, Jr. from the Walker County Jail.

Sincerely,

*[signature: Trent McCluskey]*

Trent McCluskey
Jail Administrator