# Exhibit "M"

# Statement of Sergeant Rachel Harper

Incident Report     RE: code red, inmate Joseph Decatur

On November 2, 2008, an incident occurred at the Walker County Jail as follows: At approximately 16:52 Sergeant Harper was in booking checking on inmate Glisson when central control officer Jerry Williams called a code red in M dorm. Officer Cynthia Killingsworth, Officer Tifney Clifton, and Sergeant Rachel Harper ran out of the booking area to M dorm. Officer Mary Phillips and Officer Nicholas Harbin also responded to the code. Upon entering M dorm, Sergeant Harper observed Officer George Chapman standing apart from inmate Joseph Decatur in the day room of M dorm. Officer Chapman was not wearing a shirt of any kind and it appeared that his pants were falling down. Both Officer Chapman and inmate Decatur were in a fighting stance and inmate Decatur had his arms up in a manner that suggested he was going to punch Officer Chapman. Officer Tifney Clifton immediately deployed the X26 taser for one cycle on inmate Joseph Decatur. Inmate Joseph Decatur fell to the floor. Officer Chapman then struck inmate Decatur with Officer Chapman's baton approximately 4 times various parts of the body. The last blow from Officer Chapman hit inmate Joseph Decatur on the top of inmate Decatur's forehead. Inmate Decatur's head began to bleed from the wound and Sergeant Harper then ordered Officer Cynthia Killingsworth to go to booking and contact Nurse Sonya Gold immediately. Officer Nicholas Harbin then told Sergeant Harper that Nurse Gold was standing outside of the AH1 (night entrance) door. Sergeant Harper ordered Officer Killingsworth to go and retrieve Nurse Gold. Sergeant Harper and Officer Mary Phillips asked inmate Decatur to go to booking. Officer Phillips went to inmate Decatur's cell and retrieved a sock for inmate Decatur to put on his wound until they reached booking. Inmate Decatur stated that he could not get up. Inmate Decatur said "My head's busted." A moment later inmate Decatur was able to stand up. Sergeant Harper, Officer Phillips, Officer Clifton and Officer Harbin began to escort inmate Decatur to the booking area. Officer Killingsworth and Nurse Gold were coming into M dorm as inmate Decatur was being escorted out. Inmate Decatur was escorted up to Nurse Gold's office. Officer Phillips and Sgt. Harper stayed with inmate Decatur in the nurse's office. Inmate Decatur stated to Sergeant Harper "He" (meaning Officer Chapman) is only going to tell you what you want to here, but he popped that door out and said for me to come on out and fight him. I swear he popped that door on me but he won't tell you that." Sergeant Harper then contacted jail administrator Trent McCluskey. McCluskey advised to call the on call investigator immediately. Sergeant Harper called dispatch and found out the on call investigator was D. Mote. Sergeant Harper contacted D. Mote. Investigator McCluskey came too the jail and Officer Nicholas Harbin and Administrator McCluskey took inmate Joseph Decatur to WBMC emergency room for medical care. Statements from other officers to follow.

Sgt. Rachel L. Harper