FILED
2011 Jun-06 PM 09:01
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit "N"

# Statement of Officer Killingsworth

# WALKER COUNTY JAIL INCIDENT REPORT

Date: 11/2/08    Time of Incident: 1628

Type of Incident: Code Red

Place of Incident: M-Dorm

Subject\Name of Subject: I/M Joe Decater / C/O George Chapman

RECEIVED
MAR 09 2009
HEARINGS AND APPEALS
DIVISION

Below give full details including names of principals and witnesses.

While feeding + picking up trays out of Booking, C/O Killingsworth heard C/O Williams call out a Code Red in M-dorm. Killingsworth left Booking after disengaging Booking panel + sending trustee back to MP Dorm. Killingsworth ran with C/O Phillips + C/O Clifton into M-Dorm. Upon entering M-Dorm, Killingsworth noted C/O Chapman with his shirt completely off and pants almost to knees. C/O Chapman's underware were still on. However, it appeared that C/O Chapman and I/M Decater were or had been engaged in a fight. Officer Clifton tazed I/M Decater and Decater slumped to the floor. C/O Chapman began to hit I/M Decater with Asp. I/M Decater's arms + hands were up still attempting to fight. Sgt. Harper requested for C/O Killingsworth to retrieve Nurse Gold. C/O Hipkin said that Nurse Gold was just outside night entrance. C/O Killingsworth left M-Dorm and went out the night entrance to get the nurse.

Officer Reporting Incident: C/O Killingsworth

Witnesses: