# Exhibit "P"

# Statement of Officer Mary Phillips

November 2, 2008

On or about 16:52 central officer called a code red in M – Dorm. C/o Mary Phillips responded immediately to M – Dorm. Upon arriving in M –Dorm C/O Phillips saw C/O George Chapman in a fight with Inmate Joseph Decatur. C/O Chapman was hitting Inmate Decatur with his baton. C/O Tiffany Clifton arrived just ahead of C/O Phillips and just as C/O Phillips was approaching the fight C/O Clifton deployed the tazer at Inmate Decatur. Upon deployment Inmate Decatur immediately dropped to the floor and started to holler I quit. C/O Chapman left Inmate Decaturs' side and went over to the table in M-Dorm and put his shirt on. C/O Clifton, C/O Phillips, Sgt Rachel Harper, and Nurse Sonya Gold escorted Inmate Decatur to the nurses office where Inmate Decatur was treated by Nurse Gold. Inmate Decatur was then transported to the E.R. by C/O Nicholas Harbin and jail Administrator Trent McCluskey.

RECEIVED
MAR 09 2009
HEARINGS AND APPEALS DIVISION

C/o Mary Phillips