# Exhibit "Q"

# Statement of Inmate Jerold Kennedy



John Mark Tirey
Sheriff

Walker County Sheriffs Department
(205) 302-6464

2001 2nd Avenue
Jasper Al. 35501

Witness Statement
Page 1 of 1 Pages

Name: Jerold Kennedy          D.O.B.: _____

Sex: ☒Male ☐Female   Race: ☐W ☒B ☐A ☐I ☐O   SSN: _____

Address: M008

Home Phone (___) _____    Occupation: _____

Employer/School: _____    Employer Phone (___) _____

Statement taken by: Sgt. Mark Pendley    Location: SS-office

Date: 11-02-08    Time: 2055   ☐am ☐pm ☒mil.

I/M Decatur told C/O Chapman that he "had papers on you" I/M Decatur told C/O Chapman to open this door and C/O Chapman opend door and pushed Decatur 3 times. At this 4th Decatur came out of cell hitting and fighting with each other, C/O Chapman lost his clothes, I/M Decatur was on the floor already tazed and detained and C/O Chapman came over and started hitting Decatur in the head with his nightstick.

I have read this statement consisting of 1 page(s), and I confirm to the truth and accuracy of the facts contained therein.

Sigutare of witness: Jerrold Kennedy    Date 11-02-08 Time 2102