# Exhibit "R"

# Statement of Inmate Donald May



John Mark Tirey
Sheriff

Walker County Sheriffs Department
(205) 302-6464

2001 2nd Avenue
Jasper Al. 35501

Witness Statement
Page _1_ of _1_ Pages

Name: Donald May                                  D.O.B.: _____

Sex: ☒Male ☐Female    Race: ☒W ☐B ☐A ☐I ☐O    SSN: _____

Address: M007

Home Phone ( ___ ) _____       Occupation: _____

Employer/School: _____       Employer Phone ( ___ ) _____

Statement taken by: Sgt. Mark Pendley     Location: SS-Office

Date: 11-02-08                      Time: 2045    ☐am ☐pm ☒mil.

I/m heard I/m Decatur and C/o Chapman arguring and fighting. I/m May saw I/m punching C/o Chapman and and the other officers come in and Decatur went to his cell door and C/o Clipton tazed I/m Decatur I/m Decatur fell at door and C/o Chapman came over and started beating I/m Decatur with nightstick. C/o Chapman hit I/m 4 or 5 times

I have read this statement consisting of _1_ page(s), and I confirm to the truth and accuracy of the facts contained therein.

Signature of witness: Donald May     Date 11-02-08  Time 2051