# Exhibit "S"

# Statement of Inmate Vester Stiles



John Mark Tirey  
Sheriff

Walker County Sheriffs Department  
(205) 302-6464

2001 2nd Avenue  
Jasper Al. 35501

Witness Statement  
Page _1_ of _2_ Pages

Name: Vester Stiles          D.O.B.: _____

Sex: ☒Male ☐Female   Race: ☒W ☐B ☐A ☐I ☐O   SSN: _____

Address: MCO 4

Home Phone (___) _____      Occupation: _____

Employer/School: _____      Employer Phone (___) _____

Statement taken by: Sgt. Mark Pendley    Location: SS office

Date: 11-02-08       Time: 1952   ☐am ☐pm ☒mil.

When C/O Chapman opened cell door C/O Chapman asked I/M Decatur what he was going to do. I/M Decatur hit C/O Chapman and kept hitting C/O Chapman and backing C/O up to the phones and C/O Chapman's clothes tore. Then the officers came in the door and C/O Clifton shot I/M Decatur with tazer. As I/M was being tazed C/O Chapman began hitting I/M Decatur with his stick. After he was on the floor C/O Chapman continued to hit I/M Decatur in the head 3 or 4 times and in his legs and body. At this time Sgt Harper hollered at C/O Chapman and C/O Chapman stopped hitting I/M. The other jailors

I have read this statement consisting of ____ page(s), and I confirm to the truth and accuracy of the facts contained therein.

Signature of witness: Vester Stiles    Date 11-02-08  Time 2003

helped I/m Decatur up and escorted him out of
M-Dorm