FILED

2011 Jun-06 PM 09:06
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit "T"

# Statement of Inmate George Bryant



John Mark Tirey
Sheriff

Walker County Sheriffs Department
(205) 302-6464

2001 2nd Avenue
Jasper Al. 35501

Witness Statement
Page _1_ of _1_ Pages

Name: George Bryant                          D.O.B.:_____

Sex: ☒Male ☐Female    Race: ☐W ☒B ☐A ☐I ☐O    SSN:_____

Address: MO12 _____

Home Phone ( ____ ) _____    Occupation:_____

Employer/School:_____    Employer Phone ( ____ )_____

Statement taken by: Sgt. Mark Pendley    Location: SS-office

Date: 11-02-08                          Time: 2124    ☐am ☐pm ☒mil.

I/m Decater told C/o Chapman to open this fuckin door and C/o chapman opend door and showed I/m Decater then Decater started hitting C/o Chapman and backing him up to the phones, C/o Chapman was hitting with the stick the other officers came in and C/o Clifton tazed I/m Decater and I/m went to the floor; then C/o Chapman came over and started hitting him again.

I have read this statement consisting of _1_ page(s), and I confirm to the truth and accuracy of the facts contained therein.

Sigutare of witness: x George Bryant          Date 11-02-08 Time 2130