# Exhibit "U"

# Statement of Inmate Ralph Woods



John Mark Tirey
Sheriff

Walker County Sheriffs Department
(205) 302-6464

2001 2nd Avenue
Jasper Al. 35501

## Witness Statement
Page _1_ of _1_ Pages

Name: Ralph Woods                       D.O.B.: _____

Sex: [X] Male  [ ] Female    Race: [X] W  [ ] B  [ ] A  [ ] I  [ ] O    SSN: _____

Address: M016

Home Phone ( ___ ) _____     Occupation: _____

Employer/School: _____         Employer Phone ( ___ ) _____

Statement taken by: Sgt. Mark Pendley    Location: SS-Office

Date: 11-03-08           Time: 2108    [ ]am [ ]pm [X]mil.

Saw I/m Decatur and C/o Chapman fighting, and then C/o Clifton came in and shot I/m Decatur with the tazor, at this C/o Chapman pulled his pants up and ~~started~~ came over to I/m Decatur and started hitting him in the head 4 or 5 times I/m was already down.

I have read this statement consisting of _1_ page(s), and I confirm to the truth and accuracy of the facts contained therein.

Signature of witness: Ralph Woods        Date 11-03-08  Time 2111