# Exhibit "V"

# Statement of Inmate Steven Garner



John Mark Tirey  
Sheriff

Walker County Sheriffs Department  
(205) 302-6464

2001 2nd Avenue  
Jasper Al. 35501

## Witness Statement
Page _1_ of _1_ Pages

Name: Steven Garner  D.O.B.: _____

Sex: ☒ Male ☐ Female   Race: ☒ W ☐ B ☐ A ☐ I ☐ O   SSN: _____

Address: M016

Home Phone ( ____ ) _____   Occupation: _____

Employer/School: _____   Employer Phone ( ____ ) _____

Statement taken by: Sgt. Mark Pendley   Location: SS-Office

Date: 1-02-08   Time: 2116   ☐ am ☐ pm ☒ mil.

F/m Decater and C/o Chapman were fighting in front of the phones, Chapman pushed F/m off of him and hit him in his shoulder with his stick, at this time Sgt Harper came in to M. Dorm and tazed F/m Decatur

I have read this statement consisting of _1_ page(s), and I confirm to the truth and accuracy of the facts contained therein.

Sigutare of witness: Steve Garner   Date 1-02-08 Time 2118