# Exhibit "W"

# Statement of Inmate James Lawson



John Mark Tirey
Sheriff

Walker County Sheriffs Department
(205) 302-6464

2001 2nd Avenue
Jasper Al. 35501

Witness Statement
Page 1 of 2 Pages

Name: James Lawson                           D.O.B.: _____

Sex: ☒Male ☐Female   Race: ☒W ☐B ☐A ☐I ☐O   SSN: _____

Address: M007

Home Phone ( ___ ) _____     Occupation: _____

Employer/School: _____        Employer Phone ( ___ ) _____

Statement taken by: Sgt. Mark Pendley    Location: SS Office

Date: 11-02-08                 Time: 2027  ☐am ☐pm ☒mil.

During rounds I/m Woods hollered down to I/m Decatur and asked I/m what he was doing back in I/m Decatur said he busted some windows, at this C/O Chapman stated to I/m Decatur that he hopes he has money on the books to pay for the windows, at this time I/m Decatur called C/O Chapman a fat bastard, and told C/O Chapman to open the door and he'll do something about it, at this C/O Chapman opens the door and sprayes I/m Decatur 3 times they I/m Decatur came out of cell and hit C/O Chapman in the stomach, and Decatur was pushing C/O backwards and C/O pants fells down, I/m Decatur had C/O Chapman again.

I have read this statement consisting of 2 page(s), and I confirm to the truth and accuracy of the facts contained therein.

Sigutare of witness: x James Lawson     Date 11-02-08 Time 2041

the wall and began hitting him in the head. C/O Chapman takes night stick out and swings at I/m Decatur, and I/m backs up to his cell, the other officers came into M-Dorm at this time C/O Clinton tazed I/m and I/m slumped down to the floor. Sgt Harper told C/O Harbin to handcuff I/m, but before he could that C/O Chapman was on top of Decatur and hitting him in the head with night stick 4 times. Sgt Harper was yelling at C/O Chapman to stop. At this time C/O Chapman stopped hitting him. I/m Decatur was bleeding from his head and saliva was running out of his mouth. At this time the other officers helped I/m Decatur up and escorted him out of M-Dorm