# Exhibit "X"

# Statement of Inmate Ronald Grant



John Mark Tirey  
Sheriff

Walker County Sheriffs Department  
(205) 302-6464

2001 2nd Avenue  
Jasper Al. 35501

## Witness Statement
Page _1_ of _1_ Pages

Name: Ronald Grant   D.O.B.: _____

Sex: ☒Male ☐Female   Race: ☐W ☒B ☐A ☐I ☐O   SSN: _____

Address: M006

Home Phone ( ___ ) _____   Occupation: _____

Employer/School: _____   Employer Phone ( ___ ) _____

Statement taken by: Sgt. Mark Pendley   Location: SS Office

Date: 11-02-08   Time: 2017  ☐am ☐pm ☒mil.

I/m Decatur told C/o Chapman to open this Mother fuckin door and I will kick your Mother fuckin ass, and C/o Chapman said what? and had the door open at this I/m Decatur and C/o Chapman started fighting

I have read this statement consisting of _1_ page(s), and I confirm to the truth and accuracy of the facts contained therein.

Sigutare of witness: Ronald Grant   Date 11-02-08 Time 2022