FILED
2011 Jun-06 PM 09:06
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit "Y"

# Letter of November 7, 2008 from Sheriff to the Plaintiff terminating the Plaintiff



**Walker County**
**Office of Sheriff**
Telephone 205/302-6464

John Mark Tirey
Sheriff

2001 2nd Avenue
Jasper, AL 35501

November 7, 208

Mr. George Chapman
Walker County Jail
2001 Second Avenue
Jasper, Alabama 35501

Dear Mr. Chapman,

As you are aware you are a probationary employee. This probationary period extends for a period of six (6) months. It is with regret that I must inform you that your work performance is unsatisfactory at the Walker County Jail.

I must inform you that your position as a jailer at the Walker County Jail is hereby terminated effective Friday, November 7, 2008.

Sincerely,

John Mark Tirey,
Sheriff

cc: Walker County Commission
    Civil Service Board of Walker County
    Jail Administrator Trent McCluskey