# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# JASPER DIVISION

| | |
|---|---|
| GEORGE R. CHAPMAN, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 6:09-cv-1748-SLB |
| ) | |
| WALKER COUNTY, ALABAMA, ) et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

## PLAINTIFF'S EVIDENTIARY SUBMISSIONS IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

1. Walker County Sheriff's Department Policy Regarding Use of Batons.

2. August 21, 2008 Report of Lieutenant Miller.

3. After-Incident Report of Jerry Williams.

4. After-Incident Report of Tifney Clifton.

5. After-Incident Report of George Chapman.

6. After-Incident Report of Officer Killingsworth.

7. November 7, 2008 Termination Letter.

8. Walker County Sheriff's Department Policy: Use of Force and Restraints.

**Respectfully submitted,**

**/s/ Joseph A. Hutchings**

John D. Saxon<br>
State Bar No. ASB-3258-O71J<br>
Joseph A. Hutchings<br>
State Bar No. ASB-8363-H59H<br>
Attorneys for Plaintiff

**OF COUNSEL**

**JOHN D. SAXON, P.C.**
2119 Third Avenue North
Birmingham, AL 35203
Tel.: (205) 324-0223
Fax: (205) 323-1583
Email: jsaxon@saxonattorneys.com
jhutchings@saxonattorneys.com

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above Plaintiff's Evidentiary Submissions in Opposition to Defendants' Motion For Summary Judgment on the following counsel of record by filing same with the CM/ECF system, which will provide electronic notice to:

**Kristi A. Dowdy, Esq.**
**LAW OFFICES OF KRISTI A. DOWDY, P.C.**
300 N. Richard Arrington Jr. Blvd.
Suite 200
Birmingham, AL 35203

**DONE** this the 5th day of July, 2011.

/s/ Joseph A. Hutchings
OF COUNSEL