Trent

    This is the second time officer Chapman has complained to Lt. Miller about post assignments. Officer Chapman told Lt. Miller the first time that he "Chapman expected to work the floor two days and work the control rooms two days". Lt. Miller explained to officer Chapman that he "Chapman" would only work a control room about once every four days. This is because third shift has fifteen officers on post and the fact that officer Chapman has requested not to work Booking. Lt. Miller explained to officer Chapman that Booking is a post that he "Chapman" could set down at. Officer Chapman told Lt. Miller he "Chapman" was willingly turning down Booking to work the floor and extra day.

    On 08/21/08, Lt. Miller spoke with George Chapman about the rumor of George Chapman saying that Lt. Miller was not being fair with post assignments. Lt. Miller totaled the months of July and August and attached those reports to this letter. Officer George Chapman had worked Booking 3 times, Central Control 11 times, M-dorm 7 times, Pod Control 3 times, Pod Rover 9 times for a total of 16 days on the floor, and 14 days in the control rooms. Lt. Miller believes that officer Chapman will see that he "Chapman" is not being treated unfairly, once officer Chapman sees the reports.

    Lt. Miller spoke with officer Chapman about the memo that was sent out on 08/14/08. In regards to officers harassing other officers by calling them nicknames and ect.. that was offensive to them. It was rumored that officers was making fun of officer Chapman, and officer Murray. Lt. Miller wrote the memo to resolve this issue from happening again in the future.

    Lt. Miller spoke with officer Chapman about M-dorm log entries. Lt. Miller told officer Chapman that he "Chapman" needed to write the correct time on the log sheets. Lt. Miller stressed the importance of this due to the log sheets being legal documents.

    Lt. Miller spoke with officer Chapman on what a good job he "Chapman" was doing. Lt. Miller thanked officer Chapman for taking the initiative on 08/21/08 and training the new officer on third shift how to pass out store. Lt. Miller also thanked officer Chapman on coming to Lt. Miller with problems and trying to resolve them, rather than arguing about the problems with other officers. Every one knows that arguing and degrading other officer only makes themselves look bad and it lowers the morale in the work environment.

**COPY ONLY**
Do Not Execute

_[signature]_ Lt. Miller w644

_[signature]_ c/o G. Chapman

08/21/08

EXHIBIT 2