FILED
2011 Jul-05 PM 10:50
U.S. DISTRICT COURT
N.D. OF ALABAMA

# WALKER COUNTY JAIL INCIDENT REPORT

Date: 11/2/08    Time of Incident: approx 1652

Type of Incident: Code Red - officer - inmate altercation

Place of Incident: M dorm

Subject\Name of Subject: Joseph Decatur

Below give full details including names of principals and witnesses.

At about 1652 C/O Chapman was making a round in M dorm signing logs. C/O Chapman called for cell M6, I placed the camera on M dorm and clicked the door. The inmate who was later identified as Joseph Decatur came out on C/O Chapman as soon as the door opened. I started calling code red - M dorm, while waiting for C/O's to start calling for door I was watching the monitor.

Inmate Decatur was striking C/O Chapman and as best as I could see it appeared C/O Chapman sprayed Decatur. Inmate Decatur had C/O Chapman bent over & was hitting him & pulling his shirt up over his head, they had made their way all the way over to the table.

At this time I had C/O's calling for doors from all directions and I was unable to watch the camera while I was getting assistance to M dorm. By the time I could look back at the camera they had moved back over close to M-6 and the C/O's were in M dorm with C/O Chapman. I had to open a door for someone, at this time I can't remember who and at about this time Sgt Harper called taser deployed. C/O Killingsworth went out and brought Nurse Wald to M dorm and inmate Decatur was carried to booking, he had a rag or towel or something holding it to his head as he walked up the hall. 104 and C/O Harbin carried him to the E.R. at approx. 1729

Officer Reporting Incident: Jerry Williams

Witnesses:

EXHIBIT 3