# WALKER COUNTY JAIL INCIDENT REPORT

FILED
2011 Jul-05 PM 10:50
U.S. DISTRICT COURT
N.D. OF ALABAMA

Date: 11/2/08    Time of Incident: 16:52

Type of Incident: Code Red

Place of Incident: WCSD Jail M-Dorm

Subject\Name of Subject: C/O Chapman and I/m Joseph Decatur

Below give full details including names of principals and witnesses.

At approximately 16:52 while working in Booking Code Red was called over the radio "Code Red in M-Dorm. C/o's Clifton, Phillips and Sgt. Harper responded. When entering M-Dorm C/o Clifton saw C/o Chapman and I/m Joseph Decatur fighting. C/o Clifton gave a verbal command to I/m Decatur to stop. I/m Decature still fought with C/o Chapman. C/o Clifton then deployed the Taser, I/m Decatur fell to the floor after the Tase was complete. I/m Decatur started to stand up. C/o Clifton gave the verbal command to I/m Decatur to stay on the floor. I/m Decatur still tri to stand up and curse at C/o Chapman. C/o Chapman then tried to restrain I/m Decature from getting up and advancing towards all officer's. C/o's Clifton, Phillips Killingsworth + Sgt Harper Escorted I/m Decatur to the Nurse's Office. Nurse Gold removed I/m Decaturs Taser probes was removed (error). Nurse Gold then checked the Taser sights and stated "they were okay"

Officer Reporting Incident: C/o Tifney Clifton

Witnesses:

**EXHIBIT 4**