# WALKER COUNTY JAIL INCIDENT REPORT

Date: 11-2-08   Time of Incident: 1652

Type of Incident: Fighting Staff

Place of Incident: M-dorm

Subject\Name of Subject: Joseph Decatur Parrish

Below give full details including names of principals and witnesses.

Co. Chapman was in M-dorm signing logs when he called for Sgt. Harper to come see inmate George Bryant in M-12. As officer Chapman went from cell M-4 to cell M-6 inmate Joseph Decatur Parrish asked officer Chapman when was he going back to pods. Officer Chapman told inmate Joseph Decatur Parrish he "didn't know," that inmate Joseph Decatur Parrish knew what he had done and Co. Chapman told inmate Joseph Decatur Parrish that is not the way it works around here. You don't go back to pods after destroying county property and not being able to get along with other inmates. Co. Chapman called for door M-6 to give inmate Joseph Decatur Parrish a commissary list. As Co. Chapman opened M-6 inmate Decatur came out on officer Chapman. Inmate Joseph Decatur Parrish then attacked officer Chapman. Inmate Joseph Decatur Parrish hit Co. Chapman closed fist six or seven times in the face.

Officer Reporting Incident: George Chapman

Witnesses:

EXHIBIT 5

(Report Continued)

Co. Chapman couldn't see inmate Joseph Decatur Parrish because inmate Parrish had pulled Co. Chapman shirt over his head. Co. Chapman had sprayed inmate Joseph Decatur Parrish as soon as he stepped towards him. Inmate Parrish just kept comming at Co. Chapman very agressively. Co. Chapman didn't even have time to call code red. Co. Jerry Williams called code red from Central. Sgt. Harper, Co. Clifton Co. Harbin, Co. Phillips and Co. Killingsworth all responded to M dorm. Co. Clifton deployed the tazzer gun on inmate Joseph Decatur Parrish. Co. Chapman also struck inmate Joseph Decatur Parrish with his baton twice once on his right side and then around his upper body in the process inmate Joseph Decatur Parrish was struck in the head some where. Co. Chapman wasn't trying to hit inmate Joseph Decatur Parrish in the head". This is not the first time Co. Chapman has had a problem with this inmate. Inmate Joseph Decatur Parrish has called officer Chapman Fat Albert several times and has also called Co. Chapman Fat A**.

Officer Reporting Incident _George Chapman_

(Report Continued)

C.o. Chapman has wrote more than one or two incident reports on this inmate. Inmate Joseph Decatur Parrish was trying to hurt C.o. Chapman and bring bodily harm to officer Chapman.
C.o. Chapman only was deffending himself from inmate Joseph Decatur Parrish. Inmate recieved medical treatment from the nurse, was taken to the E.R. at Walker Baptist Medical Center. 10–4 Trent Mockeyskey, C.o. Nick Jurkin took inmate Joseph Decatur Parrish to the E.R.

Officer Reporting Incident _____