FILED
2011 Jul-05 PM 10:50
U.S. DISTRICT COURT
N.D. OF ALABAMA

# WALKER COUNTY JAIL INCIDENT REPORT

Date: 11/2/08      Time of Incident: 1622

Type of Incident: Code Red

Place of Incident: M-Dorm

Subject\Name of Subject: I/m Joe Decater / C/o George Chapman

Below give full details including names of principals and witnesses.

While feeding + picking up trays out of Booking C/o Killingsworth heard C/o Williams call out a Code Red in M-dorm. Killingsworth left Booking after disengaging Booking Door + sending trustee back to M/P Dorm. Killingsworth ran with C/o Phillips + C/o Clifton into M-Dorm. Upon enter. M-Dorm Killingsworth noted C/o Chapman with his shirts completely off and pants almost to knees. C/o Chapman underwear were still on however. It appeared that C/o Chapman and I/m Decater were or had been engaged in a fight. Officer Clifton tazed I/m Decater and Decater slumped to the floor. C/o Chapman began to hit I/m Decater with Asp. I/m Decater's arms + hands were up still attempting to fight. Sgt. Harper requested for C/o Killingsworth to retrieve Nurse Gold. C/o Harbin said that Nurse Gold was just outside night entrance. C/o Killingsworth left M-Dorm and went out the night entrance to get the Nurse.

Officer Reporting Incident: C/o Killingsworth

Witnesses:

EXHIBIT 6