

FILED
2011 Jul-05 PM 10:50
U.S. DISTRICT COURT
N.D. OF ALABAMA

**Walker County**
## Office of Sheriff
Telephone 205/302-6464

John Mark Tirey
Sheriff

2001 2nd Avenue
Jasper, AL 35501

November 7, 208

Mr. George Chapman
Walker County Jail
2001 Second Avenue
Jasper, Alabama 35501

Dear Mr. Chapman,

As you are aware you are a probationary employee. This probationary period extends for a period of six (6) months. It is with regret that I must inform you that your work performance is unsatisfactory at the Walker County Jail.

I must inform you that your position as a jailer at the Walker County Jail is hereby terminated effective Friday, November 7, 2008.

Sincerely,

John Mark Tirey,
Sheriff

cc:   Walker County Commission
      Civil Service Board of Walker County
      Jail Administrator Trent McCluskey

EXHIBIT 7

*"Serving the Citizens of Walker County"*