IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

No. 12-12681-CC



GEORGE R. CHAPMAN, JR.,

　　　　　　　　　　　　　　　　　　　　　　　　Plaintiff - Appellant,

versus

WALKER COUNTY SHERIFF'S DEPARTMENT,
JOHN MARK TIREY,
TRENTON MCCLUSKEY,
WALKER COUNTY, ALABAMA,

　　　　　　　　　　　　　　　　　　　　　　　　Defendants - Appellees.

------------------------------
On Appeal from the United States District Court for the
Northern District of Alabama
------------------------------

BEFORE: WILSON and MARTIN, Circuit Judges.

BY THE COURT:

　　The parties' joint motion to dismiss this appeal with prejudice, due to settlement, with the parties to bear their own costs is GRANTED.

# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

John Ley
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

November 29, 2012

Sharon Harris
United States District Court
1729 FIFTH AVE N
BIRMINGHAM, AL 35203

Appeal Number: 12-12681-CC
Case Style: George Chapman, Jr. v. Walker County Sheriff's Depart, et al
District Court Docket No: 6:09-cv-01748-SLB

The enclosed copy of this Court's Order of Dismissal is issued as the mandate of this court. See 11th Cir. R. 41-4. Counsel are advised that pursuant to 11th Cir. R. 27-2, "a motion to reconsider, vacate, or modify an order must be filed within 21 days of the entry of such order. No additional time shall be allowed for mailing."

Sincerely,

JOHN LEY, Clerk of Court

Reply to: Joe Caruso
Phone #: (404) 335-6177

Enclosure(s)

DIS-4 Multi-purpose dismissal letter